**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BECKY R. THORSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:       21-mj-818 BRT |
| | ) | Date:            November 2, 2021 |
| Kevin Alan Aguilar-Moreno, | ) | Video Conference |
| | ) | Time Commenced:   1:23 p.m. |
| Defendant, | ) | Time Concluded:    1:39 p.m. |
| | | Time in Court:       16 minutes |

APPEARANCES:

Plaintiff: Bradley Endicott, Assistant U.S. Attorney
Defendant: Doug Olson, Assistant Federal Public Defender
      X FPD      X To be appointed

Interpreter/ Language:   Esperanza Lopez-Dominquez

Date Charges Filed: 11/1/2021        Offense: possession with intent to distribute methamphetamine;
                                                           illegal alien in possession of a firearm

X Advised of Rights

on      X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is November 4, 2021 at 11:00 a.m. via video conference before U.S. Magistrate Judge Elizabeth Cowan Wright for:
   X Detention hrg      X Preliminary hrg

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                                                                           s/JAM
                                                                               Signature of Courtroom Deputy