

# Interpreter Confirmation

**The following information confirms services ordered by the U.S. District Court for the District of Minnesota for contract court interpreting.**

**GENERAL INFORMATION:**
Date Scheduled: 11/2/2021
Name of Requestor: Janet Midtbo

**SERVICE INFORMATION:**
Name of Agency: Quality Interpretations LLC
Name of Interpreter: Esperanza Lopez–Dominguez
Language: Spanish
Date of Service: 11/4/2021
Time of Service: 11:00 AM
Location of Hearing: Video Conference
Case Number: 0:21–mj–00818–BRT
Case: USA v Kevin Alan Aguilar–Moreno
Travel Required: No
Estimated Duration of Assignment: 1 hour
Estimated Cost of Service: $ 226 Certified Half Day


cc: Jovita Stewart and Mary Betinsky