UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 21-260 ECT/TNL

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
|---|---|---|
| Plaintiff, | ) ) | (18 U.S.C. § 922(g)(5)(A)) |
|  | ) | (18 U.S.C. § 924(a)(2)) |
| v. | ) | (18 U.S.C. § 924(d)(1)) |
|  | ) | (21 U.S.C. § 841(a)(1)) |
| KEVIN ALAN AGUILAR-MORENO, | ) | (21 U.S.C. § 841(b)(1)(A)) |
|  | ) | (21 U.S.C. § 853) |
| Defendant. | ) | (28 U.S.C. § 2461(c)) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession With the Intent To Distribute Methamphetamine)

On or about October 29, 2021, in the State and District of Minnesota, the Defendant,

**KEVIN ALAN AGUILAR-MORENO**,

did unlawfully, knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT 2
(Prohibited Person in Possession of Firearms)

On or about October 29, 2021, in the State and District of Minnesota, the Defendant,

**KEVIN ALAN AGUILAR-MORENO**,

then being an alien illegally and unlawfully in the United States, and knowing he was an alien illegally and unlawfully in the United States, did knowingly possess in and affecting interstate commerce, one or more firearms, namely a FN, Model 509 9x19 pistol, bearing

SCANNED
NOV 3 0 2021
U.S. DISTRICT COURT MPLS

serial number GKS0142562, and a Rock Island Armory, 1911 A1-FS pistol, bearing serial number RIA1981231, all in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

## FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the Defendant,

**KEVIN ALAN AGUILAR-MORENO,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of each such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of each such violation, including, but not limited to, a FN, Model 509 9x19 pistol, bearing serial number GKS0142562, a Rock Island Armory, 1911 A1-FS pistol, an AR-15 type rifle, bearing no serial number, and any ammunition and magazines seized therewith, and $3,567 in U.S. Currency, all seized from the Defendant on October 29, 2021. If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property under Title 21, United States Code, Section 853(p).

If convicted of Count 2 of this Indictment, the Defendant,

**KEVIN ALAN AGUILAR-MORENO,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearm with accessories or any ammunition involved in or used in any knowing violation of section 922(g)(5)(A) or 924(a)(2), including a FN, Model 509 9x19 pistol, bearing serial number

United States v. Kevin Alan Aguilar-Moreno

GKS0142562, a Rock Island Armory, 1911 A1-FS pistol, and an AR-15 type rifle, bearing no serial number, and any ammunition and magazines seized therewith.

A TRUE BILL

| _____ | _____ |
|---|---|
| ACTING UNITED STATES ATTORNEY | FOREPERSON |