UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 21-260 ECT/TNL |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **MOTION TO WITHDRAW AND FOR** |
| KEVIN AGUILAR-MORENO, | ) | **APPOINTMENT OF SUBSTITUTE** |
| | ) | **COUNSEL** |
| Defendant. | ) | |

Comes now Lisa Lopez, appointed counsel for Kevin Aguilar-Moreno, and hereby moves the Court to allow counsel to withdraw from the defendant's representation and that substitute counsel be appointed to represent the defendant in the above proceedings.

Counsel for the defendant has accepted a position as the First Assistant in the Hennepin County Public Defender's Office and will no longer be practicing in federal court.

Therefore, counsel requests that the Court grant this motion to withdraw and that attorney Catherine Turner from the Criminal Justice Act Panel be appointed to represent the defendant.

Dated: April 22, 2022               Respectfully submitted,

*s/Lisa Lopez*

LISA LOPEZ
Attorney ID No. 395791
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415